No. 10-6927. Pressley Alston, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 1113, 131 S. Ct. 829, 178 L. Ed. 2d 564, 2010 U.S. LEXIS 9827.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 610 F.3d 1318.